MAY M. BRITTINGHAM et al., respondents,

*v.*

HUYLER'S, a New York corporation, et al., appellants.

[Decided April 24th, 1936.]

*Mr. Charles Jones* and *Messrs. Harrison & Roche,* for the respondents.

*Messrs. Lum, Tamblyn & Fairlie,* for the appellants.

PER CURIAM.

The decree order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Berry, and reported in *118 N. J. Eq. 352.*

*For affirmance*—THE CHIEF-JUSTICE, LLOYD, CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, RAFFERTY, JJ. 10.

*For reversal*—DONGES, WOLFSKEIL, JJ. 2.